LOUISA N. KIRK, Respondent, v. WALTER R. KIRK, Appellant.— Judgment so far as appealed from and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post,* p. 928.]

SAUL G. BARNETT, Plaintiff, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent, and ST. PAUL FIRE & MARINE INSURANCE COMPANY, Impleaded Defendant-Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents. [See *post,* p. 842.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL J. APFEL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME E. POMEROY, Appellant.— Orders unanimously affirmed, each with $10 costs and disbursements, with leave to the defendant to answer the complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERNESTINA KAPS et al., Appellants, v. LENOX HILL HOSPITAL, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post,* p. 930.]

STANDARD FACTORS CORPORATION, Respondent, v. FREDERICK KREISLER, Defendant, and MOSES D. HEYMAN et al., Individually and as Copartners under the Name of HEYMAN COMPANY, Appellants.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDWARD L. WAHL et al., Copartners under the Name of MANEL COMPANY, Appellants, v. CINEFLEX · CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. ·

WILLIAM LUSTIG, Respondent, v. GLORIA J. SCHOONOVER et al., Defendants, and ELEANOR E. SCHOONOVER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDWARD J. O'NEILL, Appellant, v. IRENE M. O'NEILL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EUGENE A. DEUTSCH, Appellant, v. EDWARD M. HYANS et al., as Copartners under the Name of HYANS, STERN & Co., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LA TUCCA, ANTHONY SANTINI and DOMINICK CONSOLI, Appellants, et al., Defendants.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

IRMA M. READY et al., Respondents, v. JAMAICA BUSES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.